UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>Anthony W. Zugay<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-81269<br><br>Chapter:  13<br>Honorable Thomas M. Lynch |

## ORDER OF DISMISSAL

THIS MATTER coming before the Court on the Motion to Dismiss filed on July 16, 2021 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby dismissed.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  August 19, 2021

**Prepared by:**

LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL  61105-4127
Phone:  815-968-5354
Fax:  815-968-5368