Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

---

Case No.: 18–81269
Chapter: 13
Judge: Thomas M. Lynch

In Re:
  Anthony W. Zugay
  562 Park Avenue
  Belvidere, IL 61008

Social Security / Individual Taxpayer ID No.:
  xxx–xx–6165

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on August 19, 2021

FOR THE COURT

Dated: August 20, 2021

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court